# EXHIBIT C



7. When the zucchini bread is done, remove it from the oven and allow it to cool for 10 minutes in the pan, and then transfer it to a wire rack and let it cool completely.

Leave a comment...



That's when I thought to myself "If you can surprise people by putting zucchini in a sweet bread, why not put it in a savory bread?", so that's exactly what I did. Vaguely reminiscent of a frittata, this bread uses a lot of eggs, giving it a moist crumb that's redolent of olive oil and thyme. Rather than mix in shredded cheese that would melt into oblivion, I wanted the cheese to have a big presence. That's why I cut the cheddar into big chunks, layering the blocks of cheese into the middle and on top of the bread.

# BEEF CHEEK CONFIT WITH CARAMELIZED TURNIPS



*to*

*you*

*ut*





I know this is a mighty lofty thing to say about a humble soup I came up with while sick, but sniffles or not, this is the best chicken soup recipe... ever! There, I said it, because if ever there was something to stake my reputation on, this here chicken soup would be it, and that's not the NyQuil talking.

Beyond its curative abilities, chicken soup isn't something I normally crave. If I'm



FROZEN SANGRIA

FRESH STRAWBERRY LIQUEUR

Strawberry Liqueur

# Drink

# KARASUMI AND DAIKON PASTA



*to*

*you*

*ut*



# Vietnamese



PHỞ GÀ (VIETNAMESE CHICKEN NOODLE SOUP)

# PHO TAI NAM (VIETNAMESE NOODLE SOUP)

     

*to*

*ou*

*ut*





**LOAD MORE**



I'm Marc Matsumoto

Love what you see?

# PAPPA AL POMODORO



to

ou

ut



# Experimental



CURRY SCALLOP PASTA

SCARLET SEARED SCALLOPS

# Latin American



PICADILLO (CUBAN-STYLE)

SEA URCHIN CEVICHE

# GOMAMISO YOSENABE (SESAME MISO HOTPOT)





# HAMACHI WITH YUZU AND OLIVE OIL



*to*

*you*

*ut*



# YUZU KOSHO (YUZU CHILI PASTE)



*to*

*/ou*

*ut*



# TUNA TARTARE WITH YUZU GELÉE



*to*

*ou*

*ut*



# Mediterranean



LI

FUL MEDAMES

TOMATO CUCUMBER SALAD



MA

TOFU WITH CRAB SAUCE

AVOCADO TOFU SALAD





# Paleo

asted
ppers

ROASTED RED PEPPER
20 min

BASIC TOMATO SAUCE



KENCHINJIRU

TONJIRU



I'm Marc Matsumoto

ef, recipe developer & food photographer

HIRE ME



Love what you see?

NoRecipes is supported by your genero

DONATE

# RICH CHICKEN STOCK



*to*

*/ou*

*ut*



# BULALO (FILIPINO BEEF MARROW STEW)



*to*

*you*

*ut*



# CREAMY SALMON MISO SOUP (SAKE NO TO-NYU JIRU)



*to*

*ou*

*ut*



# CREAMY SALMON MISO SOUP (SAKE NO TO-NYU JIRU)



*to*

*ou*

*ut*



# ODEN



*to*

*ou*

*ut*





④ When your ready to serve, cut the avocado into cubes and sprinkle with the lemon juice and a little salt. Toss to distribute evenly.





5  To construct your tartare, oil a ring mold and place it in the center of a plate. Add a layer of tuna and gently pack it down.

6  Add a thin layer of avocado, gently packing, and then top by scooping the gelée on top like a sauce. Give the mold a few twists to make sure it's not sticking and then lift it straight up.



As for the fish, it doesn't have to be tuna, you could substitute red sea bream (tai), halibut (hirame), white trevally (shima-aji), or other lean fish that's been handled and prepared to be eaten raw. One thing that I want to make clear is that just because a fish is fresh, does not mean it's safe to eat raw. In many cases (like salmon) the fish naturally contains parasites that need to be killed by freezing it at -31 degrees F for a day (most home freezers won't go below -10 F). In other cases, if the fish is not properly handled (e.g. it's cut on a cutting board used for non-sashimi-grade seafood) it can be